# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| JOHN WILLIAMS, AN INCAPACITATED PERSON, BY BRANDY WILLIAMS, GUARDIAN (AD LITEM); JOHN WILLIAMS, BRANDY WILLIAMS | : No. 376 WAL 2019 |
| | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| | : |
| OAO SEVERSTAL, SEVERSTAL RESOURCES, PBS COALS, INC; MINE SAFETY APPLIANCES COMPANY | : |
| | : |
| v. | : |
| | : |
| TRI-STATE SAFETY TRAINING SERVICES | : |
| | : |
| PETITION OF:  OAO SEVERSTAL | : |

## **ORDER**

**PER CURIAM**

 **AND NOW**, this 16th day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.